## IN THE SUPREME COURT OF THE STATE OF NEVADA

BRICK P. HOUSTON, JR.
Petitioner,

vs.

JAMES G. COX, DIRECTOR OF
DEPARTMENT OF CORRECTIONS;
AND JAMES BACA, WARDEN OF
NORTHERN NEVADA
CORRECTIONAL CENTER,
Respondents.

No. 64052

FILED

NOV 14 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS

This proper person original petition for a writ of mandamus challenges respondents' calculation of petitioner's release date from incarceration and asks this court to order petitioner's release. Petitioner asserts that respondents failed to reduce his sentence with the good time credits he earned and that, as a result, he is illegally incarcerated. Petitioner seeks an order from this court directing respondents to release him from prison. But since petitioner filed his petition, he has been released from prison, making this court "unable to grant effective relief." *Personhood Nev. v. Bristol*, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010). Accordingly, we dismiss the petition as moot. *See id.* (holding that a case that initially presented a live controversy may be rendered moot by subsequent events).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-37624

cc: Brick P. Houston, Jr.
Attorney General/Carson City